UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | | |
|---|---|---|
| **ROCKPOINT BANK, NATIONAL ASSOCIATION** | ) | |
| | ) | **CIVIL ACTION FILE NO.** |
| **Plaintiff,** | ) | |
| | ) | **1:21-cv-00304-DCLC-CHS** |
| **vs.** | ) | |
| | ) | |
| **ROCKPOINT GROUP, L.L.C.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and E.D. Tenn. L.R. 68.1, Plaintiff and Defendant stipulate and agree to the dismissal of this action and their respective claims and counterclaims, with prejudice, and with each party to bear its own respective costs and attorneys' fees.

*[Signatures on following page.]*

Respectfully submitted this 11th day of August 2022.


*/s/ L. Clint Crosby*
L. Clint Crosby*
Georgia Bar No. 197877
Dorian B. Kennedy*
Georgia Bar No. 404385
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
3414 Peachtree Road NE, Suite 1500
Atlanta, GA 30326
Phone: (404) 577-6000
Facsimile: (404) 221-6501
ccrosby@bakerdonelson.com
dkennedy@bakerdonelson.com
* *admitted pro hac vice*

Thomas O. Helton
BPR # 001929
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
633 Chestnut Street, Suite 1900
Chattanooga, TN 37450
Phone: (423) 752-4412
Facsimile: (423) 756-3447
thelton@bakerdonelson.com

*Counsel for RockPoint Bank, NA*

*/s/ Angela R. Gott*
Angela R. Gott*
JONES DAY
North Point, 901 Lakeside Avenue
Cleveland, OH 44114-1190
Phone: (216) 586-7149
Facsimile: (216) 579-0212
agott@jonesday.com
* *admitted pro hac vice*

Samuel P. Funk (#19777)
Evan S. Rothey (#37708)
SIMS|FUNK, PLC
3322 West End Ave, Suite 200
Nashville, TN 37203
(615) 292-9335
(615) 649-8565 (fax)
sfunk@simsfunk.com
erothey@simsfunk.com

*Counsel for Defendant and Counterclaim Plaintiff Rockpoint Group, L.L.C.*

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed *Joint Stipulation of Dismissal with Prejudice* with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record.

Respectfully submitted this 11th day of August 2022.

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.

*/s/ L. Clint Crosby*
L. Clint Crosby*
Georgia Bar No. 197877
ccrosby@bakerdonelson.com
** admitted pro hac vice*

*Counsel for RockPoint Bank, NA*